CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
November 12, 2025
Laura A. Austin, Clerk
BY: /s/ K. Lokey
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 3:25cr17 |
| ) | |
| v. ) | VIOLATIONS: |
| ) | 18 U.S.C. § 2252(a)(2) and (b)(1) |
| MICHAEL RAY ROOMSBURG ) | (Distribution of Child Pornography); |
| ) | |
| ) | 18 U.S.C. § 2252(a)(4), and (b)(2) |
| ) | (Possession of Child Pornography); |
| ) | |
| ) | **UNDER SEAL** |
| ) | |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE
### 18 U.S.C. § 2252(a)(2) and (b)(1)
*Distribution of Child Pornography*

1. On or about December 3—5, 2024, in the Western District of Virginia and elsewhere, the defendant, MICHAEL RAY ROOMSBURG, did knowingly distribute by any means and facility of interstate and foreign commerce, a visual depiction of a minor engaging in sexually explicit conduct the production of which involved the use of a minor engaged in sexually explicit conduct.

2. All in violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

### COUNT TWO
### 18 U.S.C. § 2252(a)(4) and (b)(2)
*Possession of Child Pornography*

3. On or about February 14, 2025, in the Western District of Virginia, the defendant, MICHAEL RAY ROOMSBURG, did knowingly possess one or more matters containing visual

*2025R00069*

depictions of minors engaged in sexually explicit conduct that have been mailed and shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which was produced using materials that have been mailed and shipped and transported in interstate and foreign commerce, by any means including by computer. The production of such visual depictions involved using of minors, including prepubescent minors and minors who had not attained 12 years of age, engaging in sexually explicit conduct, and such visual depictions are of such conduct. At least one such visual depiction of a prepubescent minor was different than the visual depiction involved in Count One.

4. All in violation of Title 18, United States Code, Section 2252(a)(4) and (b)(2).

## NOTICE OF FORFEITURE

5. Upon conviction of one or more of the felony offenses alleged in this Indictment, and as part of the defendant's sentencing under Federal Rule of Criminal Procedure 32.2, the defendant, MICHAEL RAY ROOMSBURG, shall forfeit to the United States:

   a. any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of law, pursuant to 18 U.S.C. § 2253(a)(1);

   b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from said violation of law, pursuant to 18 U.S.C. § 2253(a)(2); and

   c. any property, real or personal used or intended to be used to commit or to promote the commission of said violation of law, or any property traceable to such property, pursuant to 18 U.S.C. § 2253(a)(3).

6. The property to be forfeited to the United States includes but is not limited to the following property:

2

a. All such material containing the above-described visual depictions;

b. Two (2) Samsung cellular phones;

c. One (1) external hard drive;

d. One (1) Gateway laptop.

A TRUE BILL, this 12th day of November 2025.

/s/FOREPERSON
FOREPERSON

_____
ROBERT N. TRACCI
ACTING UNITED STATES ATTORNEY

3

2025R00069