# APPEARANCE SHEET
## FOR THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

UNITED STATES OF AMERICA

CASE NO.: 3:25cr17

v.

DATE: 11/24/2025

MICHAEL RAY ROOMSBURG

TYPE OF HEARING: PTM

*************************************************************************

**PARTIES:**

1. Judge Hoppe
2. Rachel Swartz, AUSA
3. William Warriner, FPD
4. Michael Ray Roomsburg, DEF
5. Mariana Salazar, USPO
6. 
7. 
8. 
9. 
10. K. Lokey, CRD

*************************************************************************

Recorded by: K. Lokey, FTR

Time in Court: 9:38 - 10:18
(40 mins)

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 9:38 | 1,10,2,3 | 10:14 | 1,5 | | | | | | |
| 9:39 | 1,3 | 10:15 | 1,2 | | | | | | |
| 9:39 | 1,2,3 | 10:16 | 5 | | | | | | |
| 9:39 | 1,5 | 10:16 | 1 | | | | | | |
| 9:40 | 3,5 | 10:16 | 3,1 | | | | | | |
| 9:42 | 1,2 | 10:17 | 1,4 | | | | | | |
| 9:42 | 2,5 | 10:17 | 5 | | | | | | |
| 9:44 | 1,3 | 10:17 | 1,5 | | | | | | |
| 9:44 | 1,2 | 10:18 | 1 | | | | | | |
| 9:52 | 1,3 | 10:18 | 1,3,2 | | | | | | |
| 10:02 | 1,2 | | | | | | | | |
| 10:04 | 1,3 | | | | | | | | |
| 10:05 | 1 | | | | | | | | |