CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

December 12, 2025

Laura A. Austin, Clerk
BY: /s/ K. Lokey
DEPUTY CLERK

PS 8
(10/97)

# UNITED STATES DISTRICT COURT
## for the
## Western District of Virginia

U.S.A. vs. Michael Roomsburg             Docket No. 3:25CR00017

Petition for Action on Conditions of Pretrial Release

COMES NOW Mariana Salazar, Probation Officer, presenting an official report upon the conduct of defendant, Michael Roomsburg, who was placed under pretrial release supervision by the Honorable Joel C. Hoppe sitting in the Court at Charlottesville, Virginia, on November 13, 2025.

In addition to the conditions of release that were signed on November 13, 2025, the Court added the following conditions on November 24, 2025:

*"Curfew. The defendant is restricted to his residence every day from 11:00 p.m. to 5 a.m."*

*"The defendant shall submit to radio frequency monitoring of his compliance with curfew."*

Respectfully presenting this petition for action of Court and for cause as follows:

On November 13, 2025, Roomsburg was released on bond and pretrial supervision. On November 24, 2025, the defendant's pretrial conditions of release were modified to include location monitoring (radio frequency) and a curfew in accordance with the Adam Walsh Child Protection and Safety Act.

On December 9, 2025, Roomsburg was questioned about having contact with minors. He advised he did hang out with a friend who had children, ages 5 and 7, and they had a snow fight at Darden Towe Park in Charlottesville, Virginia. When asked if she knew about his federal arrest, he advised she did not. Based on the above, the undersigned is asking for additional conditions be imposed:

"The defendant shall not contact or communicate, directly or indirectly, with persons less than 18 years of age ("minors"). However, the defendant is authorized contact with minors 1) who are relatives of the defendant; 2) who have familial relationship with relatives of the defendant; 3) who have been identified and approved by the U.S. Probation Officer. This contact may occur only in the presence of another adult and with the prior approval of the probation officer."

"The defendant shall not loiter within 100 feet of any park, school property, playground, arcade, amusement park, day care center, swimming pool., community recreation, zoo, youth center, carnival, circus, or other places that are primarily used or can reasonably be expected to be used by minors, without prior permission of the probation officer."

PRAYING THAT THE COURT WILL ORDER the issuance of a summons.

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant (Petition, violation report, and warrant shall be **SEALED** until execution of warrant.)
[ x]   The Issuance of a Summons
[ ]    Other

ORDER OF COURT

Considered and ordered this 12th day of December, 2025 and ordered filed and made a part of the records in the above case.

_____
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 12, 2025

_____
U.S. Pretrial Services/Probation Officer

Place: Charlottesville, Virginia