Case 3:25-cr-00017-NKM-JCH   Document 39   Filed 12/31/25   Page 1 of 1
Pageid#: 102
AO 83 (Rev. 06/09 – VAW Additions 10/17) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
### Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
December 31, 2025
Laura A. Austin, Clerk
BY: /s/ K. Lokey
DEPUTY CLERK

**RECEIVED**
**UNITED STATES MARSHAL**
**3:23 pm, Dec 17 2025**
**Western District of Virginia**

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No. 3:25cr17 |
| Michael Ray Roomsburg ) | |
| ) | |
| *Defendant's name* ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: United States District Court, Charlottesville Division 255 W. Main Street, Room 304, Charlottesville, VA 22902 | Courtroom No.: C3 |
|---|---|
| | Date and Time: 1/7/2026 at 10:00am |

This offense is briefly described as follows:
Violating the terms and conditions of Pretrial Release imposed by this Court on 11/13/2025 and 11/24/2025.

Date: 12/17/2025

LAURA A. AUSTIN, CLERK OF COURT
/s/ K. Lokey
Deputy Clerk

*Issuing officer's signature*

Joel C. Hoppe, United States Magistrate Judge
*Printed name and title*

---

## Proof of Service

This summons was received by me on *(date)* 12/17/2025 .

☑ I personally served the summons on this defendant   Michael Roomsburg   at
*(place)*   1321 Villa Way, Apt F, Charlottesville, VA   on *(date)* 12/31/2025 ; or

☐ On *(date)* _____, I left the summons at the defendant's residence or usual place of abode
with *(name)* _____, a person of suitable age and discretion who resides
there, and mailed a copy to the defendant's last known address; or

☐ The summons was served via certified mail; or

☐ The summons was returned unexecuted because _____.

I declare under penalty of perjury that this information is true.

Date returned: 12/31/2025

*Michael J Allen*
*Server's signature*

Michael J Allen  CIDUSM  USMS  W/VA  CHV
*Printed name and title*

**Remarks:**
1st Endeavor 12/19/2025 10:50
2nd Endeavor 12/21/2025 09:30 and 11:00
3rd Endeavor December 31, 2025 8:20