IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CRIMINAL MINUTES - RULE 32.1 INITIAL APPEARANCE
(Probation/Supervised Release Revocation)

**Case No.:** 3:25cr17                          **Date:** 1/8/2026

**Defendant:** Michael Ray Roomsburg           **Counsel:** William Warriner, FPD

PRESENT:   JUDGE:            Joel C. Hoppe        TIME IN COURT: 2:31-2:58 (27mins)
           Deputy Clerk:     K. Lokey
           Court Reporter:   K. Lokey, FTR
           U. S. Attorney:   Rachel Swartz
           USPO:             Mariana Salazar Herrlein

☒  Defendant present with counsel.

☒  Trial set for January 21st, 2026, at 9:30am in Charlottesville before Judge Moon.

Additional Information:
All parties present and represented by counsel
Argument heard on additional conditions of release
Court issues ruling
Order to follow
Adjourned