APPEARANCE SHEET
FOR THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

UNITED STATES OF AMERICA

CASE NO.: 3:25cr17

v.

DATE: 1/8/2026

Michael Ray Roomsburg

TYPE OF HEARING: IA/ BNDRVK

*******************************************************************************

PARTIES:

1. Judge Hoppe
2. Rachel Swartz, AUSA
3. William Warriner, FPD
4. Michael Ray Roomsburg, DEF
5. Mariana Salazar Herrlein, USPO
6. 
7. 
8. 
9. 
10. K. Lokey, CRD

*******************************************************************************

Recorded by: K. Lokey, FTR

Time in Court: 2:31 - 2:58
27 mins

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 2:31 | 1,10,2,3 | 2:50 | 1,2 | | | | | | |
| 2:32 | 1,4 | 2:52 | 3 | | | | | | |
| 2:32 | 1,3 | 2:53 | 1,2,3,5 | | | | | | |
| 2:35 | 1,2 | 2:54 | 5,2 | | | | | | |
| 2:35 | 2 | 2:54 | 1,5 | | | | | | |
| 2:38 | 1,2 | 2:55 | 2 | | | | | | |
| 2:38 | 2 | 2:55 | 1 | | | | | | |
| 2:39 | 1,2 | 2:56 | 1,3 | | | | | | |
| 2:40 | 1,3 | 2:56 | 1 | | | | | | |
| 2:41 | 3 | 2:58 | 1,2 | | | | | | |
| 2:42 | 1,3 | | | | | | | | |
| 2:50 | 5 | | | | | | | | |
| 2:50 | 1,3 | | | | | | | | |