CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
January 08, 2026
Laura A. Austin, Clerk
BY: /s/ K. Lokey
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:25cr00017 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL RAY ROOMSBURG, | ) | By:   Joel C. Hoppe |
| Defendant. | ) | United States Magistrate Judge |

The parties came before the Court on a Petition for Action on Conditions of Pretrial Release. ECF No. 34. Considering the parties' arguments, the Probation Office's position, the new information presented in the Petition, and the nature of the charges against the Defendant, and for the reasons stated during the hearing, the Court MODIFIES the Defendant's conditions of release to add the following conditions:

1. The defendant shall not contact or communicate, directly or indirectly, with persons less than 18 years of age ("minors"). However, the defendant is authorized to contact minors 1) who are relatives of the defendant; 2) who have familial relationship with relatives of the defendant; or 3) who have been identified and approved by the U.S. Probation Officer. This contact may occur only in the presence of another adult and with the prior approval of the probation officer. The defendant is not prohibited from having incidental contact with minors, for example in the course of his employment, shopping for groceries, etc.

2. The defendant shall not loiter within 100 feet of any park, school property, playground, arcade, amusement park, day care center, swimming pool, community recreation center, zoo, youth center, carnival, circus, or other places that are primarily used or can reasonably be expected to be used by minors, without prior permission of the probation officer.

It is so ORDERED.

ENTER: January 8, 2026

Joel C. Hoppe
United States Magistrate Judge