**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
CHARLOTTESVILLE DIVISION

CLERKS OFFICE
US DISTRICT COURT
AT CHARLOTTESVILLE, VA
FILED

3/25/2026

LAURA A. AUSTIN, CLERK
BY: s/J. Lopez
DEPUTY CLERK

UNITED STATES OF AMERICA,

v.

MICHAEL RAY ROOMSBURG,

*Defendant.*

CASE NO. 3:25-CR-00017

ORDER

JUDGE NORMAN K. MOON

The Court having been advised that the defendant in this case contemplates the entry of a guilty plea, upon request of the defendant and consent of the United States, it is now **ORDERED** that this case is **REFERRED** to United States Magistrate Judge Joel C. Hoppe, pursuant to 28 U.S.C. § 636(b)(3), for conduct of a plea hearing and a plea colloquy under Rule 11 of the Federal Rules of Criminal Procedure.

It is further **ORDERED** that following the Rule 11 hearing, the magistrate judge shall submit a report to this Court, setting forth appropriate findings of fact, conclusions of law, and recommendations as to the acceptance of such plea as tendered.

The Clerk of the Court is hereby directed to send a copy of this Order to all counsel of record.

Entered this _25_ day of March, 2026.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

1