**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION**

**CRIMINAL MINUTES – INITIAL APPEARANCE AND GUILTY PLEA HEARING
FOR CRIMINAL INFORMATION**

**Case No.:  3:25cr17**                                          **Date:  4/2/2026**

**Defendant:  Michael Ray Roomsburg**                **Counsel:  William Warriner**

TIME IN COURT:  11:34-12:10 (36mins)
PRESENT:            JUDGE:                  Joel C. Hoppe
                         Deputy Clerk:          K. Lokey
                         Court Reporter:       K. Lokey, FTR
                         U. S. Attorney:        Rachel Swartz
                         USPO:                   Mariana Salazer-Herrlein

**PROCEEDINGS:**

☒        Plea Agreement filed with court.
☒        Defendant advised of right to have U. S. District Judge accept plea.  Defendant waives this right, and executes
         Consent to Allow U. S. Magistrate Judge to accept plea.
☒        Defendant placed under oath.  Court questions defendant regarding his/her physical and mental condition, and
         advises defendant of his/her rights, and the nature and possible consequences of plea.
☒        Court accepts  plea of guilty.
☒        Guilty plea form executed and filed.
☒        U. S. Magistrate Judge accepts plea of guilty to Counts 1 & 2 and will recommend that the U. S. District Judge find
         the defendant guilty of said counts.

**DEFENDANT PLEADS:**
**(list counts)**

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | Count 1 & 2 | | | |

☒        Court orders Presentence Report.
☒        Defendant continues on release.
☒        Sentencing hearing scheduled for July 9th, 2026, at 10:30am, in the Charlottesville before Judge Moon.

Additional Information:
All parties present and represented by counsel
Defendant sworn and questioned
Rule 11 Waiver completed
Court questions defendant further
Government reviews terms of the plea agreement
Court addresses defendant
Government states elements of the counts
Statement of facts reviewed and corrected
Defendant pleads guilty
Guilty plea form executed
Court accepts plea of guilty
Court order a presentence report
Defendant to continue on release
Adjourned