FILED IN OPEN COURT
DATE: 4/2/2026
_Kuy Snu_
DEPUTY CLERK

IN THE
**UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal Case No. 3:25cr17** |
| | ) | |
| **MICHAEL RAY ROOMSBURG** | ) | |

### STATEMENT OF FACTS

This Statement of Facts briefly summarizes the facts and circumstances surrounding the criminal conduct at issue in this case.   It does not contain all of the information obtained during the investigation and applicable to an accurate Presentence Investigation Report and Sentencing Guidelines Calculation.   The Statement of Facts is not protected by proffer agreement or any other agreement, and shall be wholly admissible at trial notwithstanding any rules or statutes to the contrary, including but not limited to, Federal Rules of Evidence 408, 410 and Federal Rule of Criminal Procedure 11.

Between December 3-5, 2024, Michael Ray Roomsburg (ROOMSBURG), using the Kik user name "27mav" exchanged messages with an FBI Online Covert Employe (OCE) in a public Kik group chat identified by the hashtag "dautandddy."   During the chat, ROOMSBURG claimed a sexual interest in young girls and shared Child Sexual Abuse Material (CSAM) with the OCE. ROOMSBURG sent, via Kik, at least three visual depictions (one photograph and two videos) of minors engaged in sexually explicit conduct, the production of which involved the use of a minor engaging in sexually explicit conduct.   ROOMSBURG claimed that the minor in the photograph was 12 years old.

On February 14, 2025, a search warrant was executed for ROOMSBURG's home and vehicle. Multiple devices, including ROOMSBURG's two phones, were seized.   The devices were analyzed by law enforcement and together, the two phones were found to contain 78 distinct photographs and two distinct videos the production of which involved the use of a minor engaging in sexually explicit conduct.   Eight of the images were stills from the videos ROOMSBURG sent the OCE. At least one of the depictions possessed but not distributed by ROOMSBURG involved a prepubescent minor engaged in sexually explicit conduct.

## Conclusion

The parties stipulate that the above facts are true and correct, and that had this matter gone to trial, the United States would have proven each of these facts beyond a reasonable doubt by competent and admissible evidence.

The facts described above demonstrate that on or about December 3-5, 2024, ROOMSBURG knowingly distributed, by interstate commerce, a visual depiction of a minor engaging in sexually explicit conduct and on or about February 14, 2025, ROOMSBRUG knowingly possessed visual depictions of minors, including prepubescent minors, engaged in sexually explicit conduct.   These depictions were of minors and their production involved the use of minor engaging in sexually explicit conduct and had been transported in interstate or foreign commerce, by any means including computer.

The actions taken by ROOMSBURG above were taken willfully, knowingly, and with the specific intent to violate the law.   ROOMSBURG did not take those actions by accident, mistake, or with the belief that they did not violate the law.   ROOMSBURG acknowledges that the purpose of the foregoing statement of facts is to provide an independent factual basis for his guilty plea.

Respectfully submitted,

Digitally signed by
RACHEL SWARTZ
Date: 2026.03.24
17:55:03 -04'00'

Rachel Barish Swartz
Assistant United States Attorney

After consulting with my attorney and pursuant to the plea agreement entered into this day, I stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

Michael Ray Roomsburg
Defendant

I am Roy Chapman Correll's attorney.   I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

Date: $\underline{7\text{-}24\text{-}26}$

_____
William Warriner, Esq.
Counsel for Defendant