CLERKS OFFICE
US DISTRICT COURT
AT CHARLOTTESVILLE, VA
FILED
4/17/2026
LAURA A. AUSTIN, CLERK
BY: s/J. Lopez
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:25CR00017 |
| v. | PRESENTENCING ORDER |
| MICHAEL RAY ROOMSBURG, | |
| *Defendant.* | JUDGE NORMAN K. MOON |

**Defendant Michael Ray Roomsburg** is scheduled to be sentenced on **July 9, 2026 at 10:30 AM** in Charlottesville, Virginia. At sentencing, the Court must place on the record an "individualized assessment based on the particular facts of the case before it," whether the Court "imposes an above, below, or within-Guidelines sentence." *United States v. Carter*, 564 F.3d 325, 330 (4th Cir. 2009) (internal quotation marks omitted). "[E]very sentence requires an adequate explanation," however, "a more complete and detailed explanation of a sentence is required when departing from the advisory Sentencing Guidelines, and a major departure should be supported by a more significant justification than a minor one." *United States v. Hernandez*, 603 F.3d 267, 271 (4th Cir. 2010) (internal quotation marks omitted).

Accordingly, to ensure that full consideration be given to each and every non-frivolous argument raised by the parties, and that the Court is fully responsive thereto on the record at sentencing, the parties are hereby **ORDERED** to file a sentencing memorandum which includes

1

the recommendation and grounds in support thereof, no fewer than **seven (7) days**[1] before

sentencing.[2]

Should a party choose to make a recommendation for a sentence outside the advisory

Sentencing Guideline range as calculated in the presentence report, the grounds in support

thereof must be stated with greater particularity, although in no event shall citation to precedent

be necessary. No written response to the opposing party's sentencing memorandum shall be

required, unless specifically so directed by the Court.[3]

It is so **ORDERED**.

The Clerk of Court is directed to send this Order to all counsel of record.

Entered this __17__ day of April, 2026.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

---

[1]    Should the sentencing hearing be reset for a later date, the seven-day deadline will apply as to the new date.

[2]    The United States shall not be required to file a separate sentencing memorandum pursuant to this Order if it intends to file a motion for substantial assistance under 18 U.S.C. § 3553(e) and U.S.S.G. § 5K1.1.

[3]    This Order in no way shall supplant or otherwise interfere with the parties' separate obligation under Rule 32(f) of the Federal Rules of Criminal Procedure, which states that "[w]ithin 14 days after receiving the presentence report, the parties must state in writing any objections, including objections to material information, sentencing guideline ranges, and policy statements contained in or omitted from the report." Thereafter, only upon a showing of good cause will the Court allow a party to make a new objection to the presentence report. *See* Fed. R. Crim. P. 32(i)(1)(D).